No. 158, Misc. PETTY ET AL. *v.* CONNECTICUT. Appellate Division of the Circuit Court of Connecticut. Certiorari denied. *Catherine G. Roraback* for petitioners. *Joseph B. Clark* for respondent.

No. 159, Misc. MENTESANA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 160, Misc. HERRERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 161, Misc. CANTIE *v.* NEW YORK. Appellate Division, Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 164, Misc. HUDGENS *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 167, Misc. WATSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 168, Misc. BANKS *v.* HERITAGE, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

No. 170, Misc. GREEN *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.